UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 19, 2011

No. 11-1624

PEDRO JESUS CALLA-COLLADO,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent
(Agency No. A088-232-404)

Present: RENDELL, JORDAN and VAN ANTWERPEN, Circuit Judges

1. Motion by Respondent to Publish Opinion Dated October 12, 2011;

2. Response by Petitioner In Opposition to Motion to Publish Opinion Dated October 12, 2011.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion is hereby GRANTED. The Not Precedential Opinion filed on October 12, 2011 is hereby VACATED and a Precedential Opinion shall be filed forthwith.

By the Court,


/s/Marjorie O. Rendell
Circuit Judge


Dated: December 1, 2011
PDB/cc: All Counsel of Record